# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2217

Sarah Jane Hunt

Randall King, et al.

Appellees

v.

Monsanto Company

Appellee

v.

Craig Boylan, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-00813-HEA)

---

## ORDER

The motion for an expedited hearing is denied.

July 07, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler