# HOLLAND LAW FIRM

TRIAL PRACTICE
www. hollandtriallawyers.com


August 13, 2026

**<u>VIA ECF</u>**

Hon. Susan E. Bindler
Clerk of the Court
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: ***King, et al. v. Monsanto Company, et al*. No. 26-2217**

Dear Ms. Bindler:

As Class Counsel for the Plaintiffs-Appellees, I respectfully submit this letter pursuant to Rule 28(i) of the Federal Rules of Appellate Procedure.

Plaintiffs-Appellees Randall King, Scott Butterfield, Robert Koehler, Michael Merx, and Bruce Waldman—the named plaintiffs and proposed class representatives—join in and adopt in full Monsanto's August 11, 2026, Expedited Motion to Hold Appeal in Abeyance and Stay Briefing Pending Resolution of Motion to Dismiss [Entry ID 5670914].

Plaintiffs-Appellees agree with each argument in that Motion and likewise ask the Court to hold the appeal in abeyance pending the Court's ruling on Monsanto's Motion to Dismiss.

Respectfully,


s/ Eric D. Holland
Eric D. Holland
HOLLAND LAW FIRM
211 North Broadway, Suite 2625
St. Louis, MO 63102

eholland@hollandtriallawyers.com

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Lead Counsel for the Putative Missouri Class*

Michael Ketchmark
KETCHMARK & McCREIGHT, P.C.
11161 Overbrook Rd. #210
Leawood, KS 66211
mike@ketchmclaw.com

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Counsel for the Putative Missouri Class*

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
973-639-9100
cseeger@seegerweiss.com

*Attorneys for Plaintiffs Randall King, Scott Butterfield, and Bruce Waldman and Lead Counsel for the Putative Missouri Class*

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843.216.9000
jrice@motleyrice.com

John Eddie Williams, Jr.
WILLIAMS HART BOUNDAS, LLP
8441 Gulf Freeway #600
Houston, TX 77017
713-497-1729
jwilliams@whlaw.com

Peter A. Kraus
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
kraus@waterskraus.com

*Attorneys for Plaintiffs Randall King, Scott Butterfield, and Bruce Waldman and Counsel for the Putative Missouri Class*

CC: Counsel of record (via ECF)
EDH/tlb