**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2217

---

Sarah Jane Hunt

Interested party

Randall King; Scott Butterfield; Robert Koehler; Michael Merx; Bruce Waldman, on behalf of themselves and others similarly situated

Plaintiffs - Appellees

v.

Monsanto Company

Defendant - Appellee

v.

Craig Boylan; David Childress; Xavier Estrada; Lori Ann Fain; Donna Mason; Frederick O'Neill; Edward Peter Rankin; William Robbins; William Szabo; Patricia Veal

Objectors - Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-00813-HEA)

---

**JUDGMENT**

Before GRUENDER, KELLY and STRAS, Circuit Judges.

The Supplemental Petition for permission to appeal is denied. The appeal is hereby dismissed. The motions to dismiss, for stay and to hold the briefing schedule in abeyance are denied as moot.

August 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler